AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 24-MJ-6729-MPK |
| | ) |
| Steven Ware | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____December 15, 2023____ in the county of ____Middlesex____ in the District of ____Massachusetts____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated identity theft |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Roberto Dourado

☑ Continued on the attached sheet.

/s/ Roberto J. Dourado

*Complainant's signature*

Roberto J. Dourado, Special Agent

*Printed name and title*

Sworn to before me and signed before me telephonically pursuant to Rule 4.1(a) on  September 4, 2024.

Date: ____September 4, 2024____

*Judge's signature*

City and state: ____Boston, Massachusetts____    Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*